AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| KWIXAUN MALOOF | ) | E-filing |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. C11-02014 |
| COUNTY OF ALAMEDA; R. JACKSON; and DOES 1-15, inclusive | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

EMC

To: *(Defendant's name and address)* COUNTY OF ALAMEDA--1221 Oak Street, oakland, California 94612

R. JACKSON--1401 Lakeside Drive, Oakland, California 94612

ADR

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John L. Burris, Law Offices, 7677 Oakport Street, Suite 1120, Oakland, CA 94621

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: APR 25 2011

JESSIE MOSLEY

*Signature of Clerk or Deputy Clerk*