1  MICHAEL W. FOSTER (State Bar No. 127691)
   FOSTER EMPLOYMENT LAW
2  3000 Lakeshore Avenue
   Oakland, California 94610
3  Telephone: (510) 763-1900
4  Facsimile:  (510) 763-5952
   mfoster@fosteremploymentlaw.com
5
   Attorneys for Defendant
6  COUNTY OF ALAMEDA

7

8                     UNITED STATED DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | KWIXAUN MALOOF, an individual,        )  Case No. C11-02014
12 |                                       )
   |         Plaintiff,                    )  Date Action Filed:  April 25, 2011
13 |    vs.                                )
   |                                       )  **STIPULATION AND JOINT REQUEST
14 | COUNTY OF ALAMEDA; R. JACKSON;        )  FOR AN ORDER BY ALL PARTIES TO
   | and DOES 1-15, inclusive,             )  CONTINUE CASE MANAGEMENT
15 |                                       )  CONFERENCE** ; ORDER
   |         Defendant.                    )
16 |                                       )
   |                                       )
17 |                                       )
   |                                       )
18 |                                       )
   |                                       )
19 |_____)

20      1.   Defendant COUNTY OF ALAMEDA ("Defendant") and Plaintiff KWIXAUN

21 MALOOF ("Plaintiff") (hereinafter referred to collectively as "the parties") hereby stipulate to

22 postpone the Case Management Conference currently set for August 10, 2011 to the next available

23 date of September 2, 2011.

24      2.   In the interests of justice, and for good cause, the parties agree to continue the Case

25 Management Conference, due to the unavailability of lead counsel for Defendant on August 10,

26 2011.

27

28

---
1

**STIPULATION AND JOINT REQUEST FOR AN ORDER BY ALL PARTIES TO CONTINUE CMC**

1    IT IS SO STIPULATED.

2    Dated: July 1, 2011                    LAW OFFICES OF JOHN L. BURRIS

                                            _____/s/_____
                                            John L. Burris
                                            Attorneys for Plaintiff
                                            KWIXAUN MALOOF

7    Dated: July 1, 2011                    FOSTER EMPLOYMENT LAW

                                            _____/s/_____
                                            Michael W. Foster
                                            Attorneys for Defendant
                                            COUNTY OF ALAMEDA

2

**STIPULATION AND JOINT REQUEST FOR AN ORDER BY ALL PARTIES TO CONTINUE CMC**

1  [PRO̶P̶O̶S̶ED] ORDER

2  Having read and considered the Stipulation and Joint Request for an Order to Continue Case

3  Management Conference and GOOD CAUSE APPEARING therefore, I̶T̶ ̶I̶S̶ ̶H̶E̶R̶E̶B̶Y̶ ̶O̶R̶D̶E̶R̶E̶D̶

   at 9:00 a.m. in Courtroom 5, 17th Fl.

4  that the Case Management Conference be reset to September 2, 2011.  Counsel for Defendants shall

5  promptly serve a copy of this Order on Plaintiff's counsel.

7  DATED:  7/5/11



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen