1  JOHN L. BURRIS, ESQ.   CSB#69888
   LAW OFFICES OF JOHN L. BURRIS
2  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
3  Oakland, CA  94621-1939
   Tel: (510) 839-5200
4  Fax: (510) 839-3882
   E/M: John.Burris@JohnBurrisLaw.com
5

6  Attorneys for Kwixuan Maloof (plaintiff)

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 (SAN FRANCISCO--OAKLAND)

11

12  KWIXUAN MALOOF,                CIVIL NO.  C11-02014 EMC

13
                Plaintiff,         STIPULATION TO MODIFY
14                                 SCHEDULING ORDER AND
    vs                             (PROPOSED) ORDER
15             I.

16  COUNTY OF ALAMEDA; R. JACKSON;
    and DOES 1 –15, inclusive,
17
                Defendants.
18  ----------------------------------------------/

19              **STIPULATION**

20       The complaint in this case was filed on April 25, 2011 and an initial case management

21  conference held on September 2, 2011.  The court scheduled the following matters pertinent to this

22  stipulation: private mediation to be completed by March 15, 2012; non-expert discovery to be

23  completed by June 15, 2012 and a further status conference to be held on March 30, 2012 at 10:30

24  a.m.

25       The parties adherence to the Case Management and Pretrial Order for Jury Trial filed on

26  September 6, 2011 has been substantially compromised by a case plaintiff's counsel believed to have

27  been settled but which the municipal agency did not approve, resulting in a jury trial going forward

28

---

**STIPULATION TO MODIFY SCHEDULING ORDER; PROPOSED ORDER**

1

on May 10, 2012 in this District, a trial to be conducted by defendant's counsel scheduled beginning the first week of April and an unanticipated motion for summary judgment filed in a multi-side case, also pending in this District. As a result of these matters, although discovery has been undertaken, it is insufficient to permit a meaningful effort to mediate this case. The court ordered discovery limited to two depositions and written discovery narrowly tailored to facilitate mediation. However, the complaint alleges pattern and practice civil rights violations and plaintiff's counsel will need to follow up the responses to discovery addressing that issue.

For the foregoing reasons, although counsel have agreed to solicit the assistance of Christopher Johns through the Court's ADR Program to mediate this case, the posture of the case does not support mediation on the schedule set by the Court. Unavailability of counsel in April and May due to jury trials requires counsel to seek a continuance of the deadline for mediation and for a further status conference post-mediation.

The parties, by and through counsel therefore respectfully stipulate and request that the court extend the deadline for mediation to June 8, 2012, with a further status conference to occur on June 22, 2012 at 10:30 a.m. The parties also request the Court vacate the non-expert and expert discovery cut-off dates pending the further status conference should mediation prove unsuccessful.

**IT IS SO STIPULATED.**

Dated: March 14, 2012        LAW OFFICES OF JOHN L. BURRIS

  /S/John L. Burris
John L. Burris
Attorneys for Kwixuan Maloof

Dated: March 14, 2012        FOSTER EMPLOYMENT LAW

  /S/Madelyn Jordan Davis
Madelyn Jordan Davis
Attorneys for County of Alameda

---

**STIPULATION TO MODIFY SCHEDULING ORDER; PROPOSED ORDER**

2

(PROPOSED) ORDER

The court considered the stipulation of the parties to modify the Amended Case Management and Pretrial Order for Jury Trial and, good cause otherwise appearing,

IT IS ORDERED that the parties shall complete mediation no later than June 8, 2012. The parties shall appear at a further status conference on June 22, 2012 at 10:30 a.m. The current cutoff dates for expert and non-expert discovery are vacated. The pretrial and trial dates are not affected by this order. *Parties shall be prepared to set expedited discovery deadlines at the next status conference.*

DATED: 3/15/12

UNITED STATES DISTRICT JUDGE

STIPULATION TO MODIFY SCHEDULING ORDER; PROPOSED ORDER

3