1 | JOHN L. BURRIS, ESQ.   CSB#69888
2 | LAW OFFICES OF JOHN L. BURRIS
  | Airport Corporate Centre
3 | 7677 Oakport Street, Suite 1120
  | Oakland, California  94621-1939
4 | Tel: (510) 839-5200
  | Fax: (510) 839-3882
5 | E/M: John.Burris@JohnBurrisLaw.com

6 | Attorneys for Plaintiff
7 | KWIXUAN MALOOF

9 | MICHAEL W. FOSTER   CSB#127691
  | MADELYN G. JORDAN-DAVIS  CSB#181771
10 | FOSTER EMPLOYMENT LAW
   | 3000 Lakeshore Avenue
11 | Oakland, California  94610
   | Telephone:  (510) 763-1900
12 | Facsimile:  (510) 763-5952
   | mfoster@fosteremploymentlaw.com

Attorneys for Defendants
COUNTY OF ALAMEDA
RAMSEY JACKSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND-SAN FRANCISCO BRANCH)

| | |
|---|---|
| KWIXUAN MALOOF, | CIVIL NO.  C 11-02014 EMC |
| Plaintiff, | **NOTICE OF SETTLEMENT OF CASE AND (PROPOSED) ORDER** |
| vs | |
| COUNTY OF ALAMEDA, ET AL. | Complaint Filed: April 25, 2011 |
| Defendants. | |

**NOTICE OF SETTLEMENT; (PROPOSED) ORDER**

1

**PLEASE TAKE NOTICE** that defendants COUNTY OF ALAMEDA and RAMSEY JACKSON and plaintiff KWIXUAN MALOOF, by and through their respective attorneys of record (collectively, the "PARTIES"), have reached a settlement in this matter and anticipate finalizing a Stipulation to Dismissal in the near future.

The PARTIES respectfully request that all hearing dates in this matter be vacated and that the PARTIES be ordered to file a stipulation to Dismissal or a joint status report on compliance at a date after August 31, 2012 convenient to the Court's calendar.

**IT IS SO STIPULATED.**

Dated: August 1, 2012          LAW OFFICES OF JOHN L. BURRIS


                                By:  ___/S/John L. Burris_____
                                     John L. Burris, Esq.
                                     Attorneys for Plaintiff
                                     KWIXUAN MALOOF


Dated: August 1, 2012          FOSTER EMPLOYMENT LAW


                                By:  ___/S/Michael W. Foster_____
                                     Michael W. Foster, Esq.
                                     Attorneys for Defendants
                                     COUNTY OF ALAMEDA and
                                     RAMSEY JACKSON


**ORDER**

Good cause appearing, IT IS ORDERED that all pending motion, case management and trial dates are hereby vacated. A compliance status hearing shall be held on 9/14/12 on the Court's 10:30a.m. calendar. No later than 9/7/12, the parties shall file either a Stipulation for Dismissal or a joint statement explaining why such dismissal has not yet

**NOTICE OF SETTLEMENT; (PROPOSED) ORDER**                          2

1 | been filed.  If compliance is complete prior to the hearing, the parties need not appear and the
2 | hearing will be taken off calendar.  Tel~~ephonic appearances will be allowed if the parties have~~
3 | ~~timely submitted a joint statement.  Failure to do so will result in imposition of sanctions.~~

6 | DATED:   8/3/12



UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**NOTICE OF SETTLEMENT; (PROPOSED) ORDER**   3