JOHN L. BURRIS, ESQ.   CSB#69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California  94621-1939
Tel: (510) 839-5200
Fax: (510) 839-3882
E/M: John.Burris@JohnBurrisLaw.com

Attorneys for Plaintiff
KWIXUAN MALOOF


MICHAEL W. FOSTER   CSB#127691
MADELYN G. JORDAN-DAVIS  CSB#181771
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California  94610
Telephone:  (510) 763-1900
Facsimile:   (510) 763-5952
mfoster@fosteremploymentlaw.com

Attorneys for Defendants
COUNTY OF ALAMEDA
RAMSEY JACKSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND-SAN FRANCISCO BRANCH)

| | |
|---|---|
| KWIXUAN MALOOF, | CIVIL NO.  C 11-02014 EMC |
| Plaintiff, | **JOINT STIPULATION TO DISMISSAL WITH PREJUDICE** |
| vs | |
| COUNTY OF ALAMEDA, ET AL. | Complaint Filed: April 25, 2011 |
| Defendants. | |

------------------------------------------------/

**JOINT STIPULATION TO DISMISSAL WITH PREJUDICE**

1

WHEREAS, Plaintiff Kwixuan Maloof and Defendants COUNTY OF ALAMEDA and RAMSEY JACKSON have fully and finally resolved all claims, disputes, and differences in the above-captioned action,

IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their respective counsel of record and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The above-captioned action is hereby dismissed with prejudice; and,

Each party shall bear its/his own attorneys' fees and costs.

Dated: August 1, 2012            LAW OFFICES OF JOHN L. BURRIS

                                 By: ___/S/ John L. Burris_____
                                     John L. Burris, Esq.
                                     Attorneys for Plaintiff
                                     KWIXUAN MALOOF

Dated: August 1, 2012            FOSTER EMPLOYMENT LAW

                                 By: ___/S/Michael W. Foster_____
                                     Michael W. Foster, Esq.
                                     Attorneys for Defendants
                                     COUNTY OF ALAMEDA and
                                     RAMSEY JACKSON

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED* — Judge Edward M. Chen, United States District Court, Northern District of California

**JOINT STIPULATION TO DISMISSAL WITH PREJUDICE**                            2